The following constitutes
the order of the court. Signed January 16, 2013

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | Timothy J. Silverman, Esq., Bar No. 145264 |
| 2 | Solomon, Grindle, Silverman & Wintringer |
| 3 | A Professional Corporation 12651 High Bluff Drive, |
| 4 | Suite 300 San Diego, California 92130 |
| 5 | Telephone: (858) 793-8500 Facsimile: (858) 793-8263 |
| 6 | 9173.5457 |

Attorneys for Creditor
HSBC Mortgage Services

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re:

GREGORY M. SIMMONS and AILEEN M. SIMMONS,

Debtors,

Case No: 08-43432

Chapter 7

**ORDER ON EX PARTE NON-NOTICED MOTION TO RESTRICT ACCESS TO PROOF OF CLAIM**

**[CLAIM NO. 4-1]**

The Honorable M. Elaine Hammond

Based on the Court's review of the Ex Parte Motion to restrict access to Claim No. 4-1, filed herein, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. The Motion to restrict public access to Claim No. 4-1, is granted and public access to the Proof of Claim shall be restricted.

2. Within ten (10) days of the date of this Order, Movant shall file with the Court a replacement Proof of Claim with all private information redacted. The replacement claim shall relate back to the date of the original Proof of Claim.

*** END OF ORDER ***

<u>COURT SERVICE LIST</u>

No Service Required

COURT SERVICE LIST